

5040 Shoreham Place
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

July 1, 2021

**VIA E-MAIL**
bowbeer_chambers@mnd.uscourts.gov

Magistrate Judge Hildy Bowbeer
United States District Court
  District of Minnesota
316 N. Robert Street
St. Paul, MN 55101

   **Re:**  *Walsh, et al. v. Buchholz, et al.*, Case No. 0:19-cv-01856-DSD-HB

Dear Judge Bowbeer:

   Plaintiffs have determined to withdraw the Subpoena to Testify at Deposition in a Civil Action, which was served on non-party Kurt Hoeven on June 11, 2021 (the "Subpoena"). In light of Plaintiffs' decision to withdraw the Subpoena, the Motion for Protective Order filed Thursday, June 24, 2021 (ECF Nos. 83-90), is now moot.

   The parties are available at the Court's convenience should Your Honor have any questions or wish to discuss.

     Sincerely,

     STEPHEN J. ODDO

cc:  Suzanne L. Jones, Esq.
   Todd M. Murphy, Esq.
   Bryan Lesser, Esq.
   Brian Tarnow, Esq.
   Mark T. Berhow, Esq.
   Kevin R. Coan, Esq.
   Alexander M. Baggio, Esq.
   Daniel C. Hedlund, Esq.
   David A. Goodwin, Esq.

1532609

