TODD M. MURPHY
TMURPHY@GRSM.COM
DIRECT DIAL: (312) 619-4902



ATTORNEYS AT LAW
100 S. FIFTH STREET, SUITE 1900
MINNEAPOLIS, MN 55402
WWW.GRSM.COM

July 2, 2021

<u>*VIA ELECTRONIC MAIL AND ECF FILING*</u>

Magistrate Judge Hildy Bowbeer
United States District Court for the District of Minnesota
316 N. Robert Street
St. Paul, MN 55101
<u>*Email*</u>: bowbeer_chambers@mnd.uscourts.gov

    Re:   *Walsh, et al. v. Buchholz, et al.*, Case No. 0:19-cv-01856-DSD-HB

Dear Judge Bowbeer:

    In light of Plaintiffs' withdrawal of the June 11, 2021 subpoena issued to Kurt Hoeven and Plaintiffs' letter dated July 1, 2021 confirming same, Non-Party Kurtis Hoeven and Defendants St. Renatus, LLC, Frank R. Ramirez, Brent M.T. Keele, Stephen D. Tebo, Jerry Morgensen, James L. Parke, Joseph D. Schofield, III, and SR Merger Sub, LLC hereby withdraw their Motion for Protective Order (ECF No. 83).

    Should Your Honor have any questions or further needs with regard to the Motion, please do not hesitate to let us know.

                    Very truly yours,

                    GORDON REES SCULLY MANSUKHANI

                    Todd M. Murphy

cc:    Brian J. Robbins
        Stephen J. Oddo
        Eric M. Carrino

*Walsh et. al. v. Buchholz et. al.*
July 2, 2021
Page 2 of 2

        Daniel C. Hedlund
        David A. Goodwin
        Mark T. Berhow
        Kevin R. Coan
        Alexander M. Baggio
        Suzanne Jones
        Brian Tarnow
        Bryan Lesser