## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIM WALSH, JULIE WALSH, GREGORY KETCHUM, PATRICIA KETCHUM, PETER MURPHY, SAM PETERSON, and FRANK BACA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>CLIFFORD M. BUCHHOLZ, MICHAEL J. HEROLD, RYAN A. MARTORANO, MICK A. OCCHIATO, FRANK R. RAMIREZ, BRENT M. T. KEELE, STEPHEN D. TEBO, JERRY MORGENSEN, JAMES L. PARKE, JOSEPH D. SCHOFIELD, III, ST. RENATUS, LLC, and SR MERGER SUB, LLC,<br><br>Defendants. | Case No.: 0:19-cv-01856-DSD-DTS<br><br>**THE ST. RENATUS DEFENDANTS' AMENDED NOTICE OF HEARING ON THEIR MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that on December 13, 2022, at 10:30 a.m., Defendants ST. RENATUS, LLC, FRANK R. RAMIREZ, BRENT M.T. KEELE, STEPHEN D. TEBO, JERRY MORGENSEN, JAMES L. PARKE, JOSEPH D. SCHOFIELD, III, and SR MERGER SUB, LLC (the "St. Renatus Defendants"), will appear before The Honorable David S. Doty, Magistrate Judge, United States District Court for the District of Minnesota, Courtroom 14W, 300 South Fourth Street, Minneapolis, Minnesota 55415, for a hearing on the St. Renatus Defendants' Motion for Summary Judgment.

1190950/68998945v.1

Dated: August 24, 2022      **GORDON REES SCULLY MANSUKHANI, LLP**

         */s/ Suzanne L. Jones*

Suzanne L. Jones (MN Bar No. 389345)
100 South Fifth Street, Suite 1900
Minneapolis, Minnesota 55402
Phone: (612) 351-5969
Fax: (612) 426-4650
sljones@grsm.com

Todd Murphy (*Pro Hac Vice*, IL Bar No. 6280687)
1 N. Franklin Street, Suite 800
Chicago, Illinois 60606
Phone: (312) 619-4902
Fax: (312) 565-6511
tmurphy@grsm.com

***Attorneys for Defendants St. Renatus, LLC, Frank R. Ramirez, Brent M.T. Keele, Stephen D. Tebo, Jerry Morgensen, James L. Parke, Joseph D. Schofield, III, and SR Merger Sub, LLC***