## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIM WALSH, JULIE WALSH, GREGORY KETCHUM, PATRICIA KETCHUM, PETER MURPHY, SAM PETERSON, and FRANK BACA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLIFFORD M. BUCHHOLZ, MICHAEL J. HEROLD, RYAN A. MARTORANO, MICK A. OCCHIATO, FRANK R. RAMIREZ, BRENT M. T. KEELE, STEPHEN D. TEBO, JERRY MORGENSEN, JAMES L. PARKE, JOSEPH D. SCHOFIELD, III, ST. RENATUS, LLC, and SR MERGER SUB, LLC,<br><br>Defendants. | Case No.: 0:19-cv-01856-JWB-DTS<br><br>**CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** |

Class Representatives Sam Peterson and Frank Baca, on behalf of themselves and the certified Class, respectfully submit this Motion for Final Approval of Class Action Settlement and Plan of Allocation (the "Motion") for entry of an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure approving the final approval of the terms of the proposed Settlement as fair, reasonable, and adequate as set forth in the Stipulation.[1]

The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support of Class Representatives' Motion for Final Approval of Class Action

---

[1] All capitalized terms that are not defined herein have the same meanings as set forth in the Stipulation of Settlement (the "Stipulation") dated November 1, 2024, and attached as Exhibit 1 to the Affidavit of Stephen J. Oddo in Support of Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement filed on November 4, 2024 (ECF No. 242-1).

Settlement and Plan of Allocation, supporting Affidavits with Exhibits, the pleadings and records on file in this case, and such other matters as the Court may consider.

Pursuant to Local Rule 7-1(a), Lead Class Counsel conferred with counsel for Defendants. Defendants' Counsel indicated that Defendants support the final approval of the Settlement.

Dated: January 21, 2025

Respectfully submitted,

**ROBBINS LLP**

_s/ Stephen J. Oddo_

STEPHEN J. ODDO

BRIAN J. ROBBINS
GEORGE C. AGUILAR
MICHAEL J. NICOUD
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        soddo@robbinsllp.com
        gaguilar@robbinsllp.com
        mnicoud@robbinsllp.com

DANIEL C. HEDLUND
DAVID A. GOODWIN
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
E-mail: dhedlund@gustafsongluek.com
        dgoodwin@gustafsongluek.com

_**Attorneys for the Class**_

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2025, I electronically filed the *Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation* with the Clerk of Court using CM/ECF which will send notification of such filing to those registered as CM/ECF participants:

*s/ Stephen J. Oddo*

STEPHEN J. ODDO
